5. Exemplary Damages in the amount of five-hundred and fifty thousand dollars ($550,000) from each Defendant to PLAINTIFF as an enhancement of compensatory damages because of the maliciousness, wanton, reckless, and oppressive character of the acts described herein, and to punish and deter other state employees acting under color of law from committing these or similar acts.

6. Mental Anguish Damages in the amount of five-hundred and fifty thousand dollars ($550,000) from each Defendant to PLAINTIFF for mental suffering resulting from the events set forth herein.

7. Nominal Damages in the amount of five-hundred and fifty thousand dollars ($550,000) from each Defendant to PLAINTIFF which PLAINTIFF is entitled to because the law may infer the damages from the breach of an agreement or the invasion of a Constitutional right in light of the facts described herein.

8. Punitive Damages in the amount of five-hundred and fifty thousand dollars ($550,000) from each Defendant to PLAINTIFF as an enhancement of compensatory damages because of the maliciousness, wanton, reckless, and oppressive character of the acts described herein, and to punish and deter other state employees acting under color of law from committing these or similar acts.

9. Appointment of Counsel as PLAINTIFF is a layperson and unskilled at law and was compelled to seek the assistance from a fellow prisoner (William Milton, CDCR# P-38650, who is also a layperson and unskilled at law), to assist in drafting, filing and prosecuting the instant complaint in this Court.

10. Economic and non-economic Damages.

11. Medical and Related Expenses, according to proof.

12. Lost Earnings, past and future.

13. Costs of Suit incurred herein.

14. Interest, as allowed by law.

15. Attorney's Fees and Costs

16. An order directing the U.S. Marshal to serve the named-Defendants including waiver of any and all processing/service and additional fees.

17. Other such and further relief as the Court may deem proper.

# VERIFICATION

Pursuant to 28 U.S.C. §1746, I, Joel Nunez, read the foregoing Civil Rights complaint and declare under penalty of perjury that all statements made herein are true and correct to the best of my knowledge, information and belief.

Signature of Declarant: *Joel Nunez*

0506200

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

NAME: Nuñez, Joel
CDC NUMBER: K. 63350
HOUSING: EW. 319 op

PATIENT SIGNATURE: Joel Nuñez
DATE: 10-19-15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I have chest pain. my left arm I feel numb. Leg
I need to see DR. please.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 10-22-15 0745    Received by: James Kinney Jr RN
Date / Time Reviewed by RN: 10-22-15 0745    Reviewed by: James Kinney Jr

S:

Pain Scale: 1 2 3 4N 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

RECEIVED OCT 28 2015 MEDICAL RECORDS

A:
P: RN time
☑ See Nursing Encounter Form Chest Pain (chest wall pain)

| 1. Disability Code | 2. Accommodation | 3. Effective Communication |
|---|---|---|
| ☐ TABE Score ≤ 4.0 | ☐ Additional Time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not Reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other | *See Chrono/Notes |
| 4. Comments | | |

E:

APPOINTMENT SCHEDULED AS: EMERGENCY ☐ (IMMEDIATELY) URGENT ☐ (WITHIN 24 HOURS) ROUTINE ☑ (WITHIN 14 CALENDAR DAYS)

REFERRED TO PCP: Dr Lam
DATE OF APPOINTMENT: per scheduler

COMPLETED BY: James A Kinney Jr RN
NAME OF INSTITUTION: CTF-C

PRINT/STAMP NAME: James Kinney Jr. RN
SIGNATURE / TITLE: James A Kinney Jr RN
DATE/TIME COMPLETED: 10-22-15 1105

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

1617526

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:  MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: NUNEZ, JOEL
CDC NUMBER: K-63350
HOUSING: EW-319 UP

PATIENT SIGNATURE: Joel Nunez
DATE: 1-9-15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I need to see eyes DR. my prescripsion classes, are to old & have scraches on the mirros. Need new pair of glasses.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

RECEIVED JAN 23 2015
Augusta Coleman MEDICAL RECORDS

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 1/17/15
Received by: Augusta Coleman
Date / Time Reviewed by RN: @ 0035
Reviewed by: RN

S: "Need a new pair of eyeglass"  Pain Scale: 1  2  3  4  5  6  7  8  9  10

asymptomatic

O: T: 97.8  P: 84  R: 18  BP: 116/78  WEIGHT: 210#   99 ins
A/o x4. VSS. Pt wearing prescription eye glass c̄ a lot of scratches; the lenses quality deteriorating

A:
P: PCP RN - will generate new PFS (optometry) for PCP to evaluate
☐ See Nursing Encounter Form

E:
1. Disability Code:
   ☐ TABE score ≤ 4.0
   ☐ DPH ☐ DPV ☐ LD
   ☐ DPS ☐ DNH
   ☐ DNS ☐ DDP
2. Accommodation:
   ☐ Additional time
   ☐ Equipment ☐ SLI
   ☐ Louder ☐ Slower
   ☑ Basic ☐ Transcribe
   ☐ Other
3. Effective Communication:
   ☑ Pt asked questions
   ☐ Pt summed information
   Please check one:
   ☐ Not reached* ☑ Reached
   *See chrono/notes

4. Comments: N/A   Tube. 108

FSP41-0040 (Rev.1/12)

APPOINTMENT SCHEDULED AS:  EMERGENCY (IMMEDIATELY) ☐   URGENT (WITHIN 24 HOURS) ☐   ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP: M
DATE OF APPOINTMENT:

COMPLETED BY: J. Estamo RN  CTF Soledad
PRINT / STAMP NAME
SIGNATURE / TITLE
NAME OF INSTITUTION: CTF
DATE/TIME COMPLETED: JAN 22 2015  1239

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

0552873

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: NUÑEZ, Joel
CDC NUMBER: K-63350
HOUSING: EW 319 UP
PATIENT SIGNATURE: Joel Nuñez
DATE: 4-10-14

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I am requested to see Eye Doctor. My prescription glases, need to be renew.

RECEIVED APR 15 2014
RECEIVED APR 15 2014

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM By ___

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 4/14/14 @ 0712    Received by: LRagasa
Date / Time Reviewed by RN: 4/14/14 @ 0712    Reviewed by: LRagasa

S: Lost eye test 7/8/13, received glasses 8/15/13
① -20/70   7/20/25
② -20/30 glass 7/20/25 glases
③ -20/70   8/20/40
Yaglaser copseoson 5/23/13 acquired eye drops
Pain Scale: 1 2 3 4 5 6 7 8 9 10
My eyeglases has scratches that bother me from seeing clearly c it.

O: T: 98.2  P: 70  R: 20  BP: 129/73  WEIGHT: 208 lbs.
Pt. a&o x3, ambulatory c steady gait. c/o scratches to eye glasses bothering him c his vision. Eyes PERLA, no redness.

A: alt in sensory perception vision R/T eyeglasses c scratches
P: RFS optometry initiated.
☐ See Nursing Encounter Form  Pt. made aware of RFS process q waiting period to eye clinic

E: Pt. verbalized understanding

1. **Disability Code:**
   ☐ TABE score ≤ 4.0
   ☐ DPH  ☐ DPV  ☐ LD
   ☐ DPS  ☐ DNH
   ☐ DNS  ☐ DDP

2. **Accommodation:**
   ☐ Additional time
   ☐ Equipment  ☐ SLI
   ☐ Louder  ☐ Slower
   ☐ Basic  ☐ Transcribe
   ☐ Other*

3. **Effective Communication:**
   ☑ P/I asked questions
   ☑ P/I summed information
   Please check one:
   ☐ Not reached*  ☑ Reached
   *See chrono/notes

4. Comments: for 2 5.1

FSP41-0040 (Rev.1/12)

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☑ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: SCA | | DATE OF APPOINTMENT: N/A | |
| COMPLETED BY B. RAGASA RN | | NAME OF INSTITUTION: CTF | |
| PRINT / STAMP NAME CTF SOLEDAD | SIGNATURE / TITLE: JRagasa RN | | DATE/TIME COMPLETED 4/15/14 @ 1240 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment) applicable   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

MDL

0516988

| STATE OF CALIFORNIA | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |
| --- | --- | --- |
| CDC 7362 (Rev. 03/04) | | |

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR: MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: Nuñez, Joel
CDC NUMBER: K-63350
HOUSING: EW-319 up

PATIENT SIGNATURE: Joel Nuñez
DATE: 2-24-14

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Need to see Dr. I HAVE knee problem - & swolled abut I walk for a period of time -

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

MAR 05 2014

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date/Time Received: 3/4/14 @ 2330   Received by: LOP
Date/Time Reviewed by RN:            Reviewed by:

Pain Scale: 0 1 2 3 4 **5** 6 7 8 9 10

S: knee is swollen when I walk a lot. Want to see the doctor to do xray on my (R) leg
A: NKA
M: allur-chor, miconazole, liquitears, chronic Hep C- Sept A
P: Lumbar pain - chronic, coccidiodomycosis, cataracts ope, Myrel
L: breakfast
E: IPC/O swollen (R) leg when he ambulates sometimes

O: T: 97.8  P: 60  R: 18  BP: 128/67  WEIGHT: 205 lbs.  Sats = 99% RA
IPC/O that his Right knee swells up sometimes when he ambulates.
OE Right knee skin warm, dry & intact, Ø swelling, Ø redness, CMSF good. Pulses strong. He ambulates well & steady gait. Full ROM noted.

A: Altered level of comfort RT evidenced C/O (R) knee swells up sometimes
P: MDL; to alleviate discomfort. Advised IP to Ø on ambulation.
☐ See Nursing Encounter Form - elevate b/lat lower extremities s/p ambulation
if he noted swelling or Sx again to report immediately to staff.

E: IP verbalizes understanding

1. Disability Code:
☐ TABE score ≤ 4.0
☐ DPH ☐ DPV ☐ LD
☐ DPS ☐ DNH
☐ DNS ☐ DDP

2. Accommodation:
☐ Additional time
☐ Equipment ☐ SLI
☐ Louder ☐ Slower
☐ Basic ☐ Transcribe
☐ Other

3. Effective Communication:
☑ P/I asked questions
☑ P/I summed information
Please check one:
☐ Not reached* ☐ Reached
*See chrono/notes

4. Comments: Tabe - 5.1

FSP41-0040 (Rev.1/12)

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| --- | --- | --- | --- |
| REFERRED TO PCP: yes | | DATE OF APPOINTMENT: as per schedule | |
| COMPLETED BY: Chona Alfafara Contos RN | SIGNATURE/TITLE: Chona Alfafara Contos RN | NAME OF INSTITUTION: CTF | DATE/TIME COMPLETED: 03-5-14 @ 1112 hrs |
| PRINT/STAMP NAME | | | |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Confidential Printed 2016.08.17 12:41:24 -07'00'

**RECEIVED JAN 1 6 2013**

9835298

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| NUNEZ, JOEL | K-63350 | EW-211 UP |

| PATIENT SIGNATURE | DATE |
|---|---|
| Joel Nunez | 1-9-2013 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I need to see the eye Doctor. My eyes clases are to old and have scrach and falling apart. need new prescripcion. I am blind from my left eye.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 1/11/13 @ 920 | Received by: R. De Luna RN CTF Soledad |
|---|---|
| Date / Time Reviewed by RN: 1/11/13 @ 920 | Reviewed by: |

Pain Scale: 1 2 3 4 5 6 7 8 9 10

S: c/o ↓ visual acuity. NKDA. ○ current meds. ate meal. H/O cataract surgery on OS. Denies blurry vision @ this time. Stated "I haven't seen the eye doctor in >2 yrs."

O: T: 97.8  P: 67  R: 18  BP: 110/60  WEIGHT: 198# O2sat 98% RA
A&O x3. ○ acute distress. Snellen's test OD-20/40 ) c glasses
 OS 20/50 )
Ambulates c steady gait.

A: alteration in sensory perception. P/T ↓ visual acuity
P: PML - To obtain optometry consult from PCP.

☐ See Nursing Encounter Form

Discussed plan of care to pt. Verbalized understanding

E:

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☒ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☒ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DNS ☐ DDP | ☒ Basic ☐ Transcribe | ☐ Not reached* ☒ Reached |
| | ☐ Other* | *See chrono/notes |

4. Comments: tabe 5<4

FSP41-0040 (Rev.1/12)

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
|---|---|---|---|
| REFERRED TO PCP: | yes | DATE OF APPOINTMENT: routine | |
| COMPLETED BY | | NAME OF INSTITUTION CTF-C | |
| PRINT / STAMP NAME: R. De Luna RN CTF Soledad | SIGNATURE / TITLE R deluna RN | | DATE/TIME COMPLETED 1/14/13 1130 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

*Second — SEE DR.*

**9982694**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

REQUEST FOR: MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| NUÑEZ, JOEL | K-63350 | F-W-321 LP |

| PATIENT SIGNATURE | DATE |
|---|---|
| Joel Núñez | 3-9-11 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I NEED TO SEE THE DOCTOR. I HAVE ACTRITIS IN MY LOWER BACK. AND I HAVE A LOT OF PAIN. THE MEDICATION HE PRESCRIBME IS NOT WORKING

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 3/15/11
Received by: [signature]
Date / Time Reviewed by RN: 3/15/11
Reviewed by: [signature]

S: Pain Scale: 1 2 3 4 5 ⑥ 7 8 9 10

Naproxen and Tylenol #3 are not working. I still have pain on my (R) knee/leg. The Naproxen helps swelling sometimes.

O: T: 98   P: 71   R: 20   BP: 105/59   WEIGHT: 189 lbs
Swelling on (R) knee, ext fine, gait steady, no limp, able to move affected area.

A: Alteration in comfort R/T Back (R) knee pain

P: Refused to RTC line

☐ See Nursing Encounter Form

E: Reinfored the instructions to continue to take pain medications until seen by PCP.

APPOINTMENT SCHEDULED AS:
EMERGENCY (IMMEDIATELY) ☐
URGENT (WITHIN 24 HOURS) ☐
ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:
DATE OF APPOINTMENT:
COMPLETED BY: [signature] RN
NAME OF INSTITUTION: GT
PRINT / STAMP NAME: Hall
SIGNATURE / TITLE: Joe
DATE/TIME COMPLETED: 3/15/11

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

 

9965136

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

REQUEST FOR: MEDICAL ☐  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: NUNEZ, Joel
CDC NUMBER: K-63350
HOUSING: Y-W-120 UP
PATIENT SIGNATURE: Joel Nunez
DATE: 1-30-11

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem):
I need to see the DOCTOR, The medication he prek prescribe me, Is not working. I am in pain at this moment, I have actritis in my left spine, and knee pain, very sharp pain Also having cold symptoms

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: [signature]
Received by: 2/1/11
Date / Time Reviewed by RN:
Reviewed by:

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10
① Knee pain / cold symptoms

O: T: 97.8  P: 64  R: 20  BP: 120/68  WEIGHT: 194 lbs
① knee shows no swelling

A: Alteration in comfort r/t ① knee discomfort
P: ☐ See Nursing Encounter Form
Was on Tramadol and has worked for him
E: Pt request to be on Tramadol

APPOINTMENT SCHEDULED AS:
EMERGENCY (IMMEDIATELY) ☐
URGENT (WITHIN 24 HOURS) ☐
ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:
DATE OF APPOINTMENT:
COMPLETED BY: [signature]
NAME OF INSTITUTION: COF
PRINT/STAMP NAME: D. Call
SIGNATURE/TITLE
DATE/TIME COMPLETED: 2/2/11

CDC 7362 (Rev. 03/04)  Original - Unit Health Record  Yellow - Inmate (if copayment applicable)  Pink - Inmate Trust Office (if copayment applicable)  Gold - Inmate

   061212

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: NUÑEZ, JOEL
CDC NUMBER: K-63350
HOUSING: Y-W-120 up

PATIENT SIGNATURE: Joel Nuñez
DATE: 12-16-10

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): I need to see the Doctor. I have actritis in my spine. Lower back pain. Also I have cold symtoms. Thanch you.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received:
Received by:

Date / Time Reviewed by RN: 12/17/10
Reviewed by: [signature]

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

I was on tramadol when I was in Pleasant Valley, it was discontinued and I saw the doctor. I am also having runny nose, sore throat.

O: T: 98  P: 76  R: 20  BP: 124/66  WEIGHT: 190 lbs.
Rated pain 9/10 to the back. Able to ambulate w/o difficulty.

A: Impaired comfort, back discomfort

P: MD to evaluate back pain
☐ See Nursing Encounter Form

E: [illegible notes]

RECEIVED DEC 20 2010

APPOINTMENT SCHEDULED AS:   EMERGENCY (IMMEDIATELY) ☐   URGENT (WITHIN 24 HOURS) ☐   ROUTINE (WITHIN 14 CALENDAR DAYS) ☑

REFERRED TO PCP:
DATE OF APPOINTMENT:

COMPLETED BY: [signature] RN
NAME OF INSTITUTION: CTF-Soledad

PRINT/STAMP NAME: [name]
SIGNATURE / TITLE: [signature]
DATE/TIME COMPLETED: 12/20/10

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate