STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PRIMARY CARE PROVIDER PROGRESS NOTE**

CDCR 7230-M (08/09)

Page 1 of 1

**DATE:** 11/4/10 **TIME** 9:45 **AGE:** 41 **UHR Present:** ☑ Yes ☐ No **MAR Present:** ☑ Yes ☐ No

| Temp: 97.9 | Pulse: 67 | BP: 108/69 | RR: 16 | Ht: | Wt: 184# | BMI: 99% RA |
|---|---|---|---|---|---|---|

Chief Complaint: | Allergies: ☐ NKA | Signature/Title:

SUBJECTIVE: 41 year old m for f/u on x-ray of L/S spine. Today pain is 8/10. No radiation of pain. No problem walking back. No problem sitting or laying. No blood in urine or frequency. PMH —

**OBJECTIVE:**

*Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits.

| | | WNL* | ABN | | | WNL* | ABN | STUDY RESULTS: |
|---|---|---|---|---|---|---|---|---|
| 1. | General | ☑ | ☐ | 7. | Musculoskeletal | ☐ | ☑ | BACK – Non-tender – Full ROM – SLR (-) – No problem standing or sitting |
| 2. | HEENT/Neck | ☑ | ☐ | 8. | Skin/Ext. | ☐ | ☐ | |
| 3. | Cardio | ☑ | ☐ | 9. | Neurological | ☐ | ☐ | |
| 4. | Pulmonary | ☑ | ☐ | 10. | Psychiatric | ☐ | ☐ | |
| 5. | Abdomen | ☐ | ☐ | 11. | Rectal/Prostate | ☐ | ☐ | |
| 6. | Genito-Urinary | ☐ | ☐ | 12. | Breast/Pelvic | ☐ | ☐ | |

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W) X-ray shows disc narrowing at L4-L5

ASS – LBP – Disc narrowing
– refill Naprosyn 500 mg BID
– Exercise
– No kidney stones – UA negative

Cause Sunny Co

**PATIENT EDUCATION:** ☑ Patient able to verbalize understanding of A/P ☑ Meds ☑ Lab/Study Results ☑ Diet ☑ Exercise ☐ Wt. Mgmt. ☐ Smoking

**Self Management Goal(s):**

**Next Visit:** 60 **Days**

Primary Care Provider (Print Name/Title):

Primary Care Provider Signature: [signature] PA-C

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

K63350
NUNEZ, JOEL
6/28/1969

A86

Confidential Printed 2016.07.19 12:57:55 -07'00'

STATE OF CALIFORNIA
**PRIMARY CARE PROVIDER PROGRESS NOTE**
CDCR 7230-M (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

**DATE:** 10/14/10 **TIME:** **AGE:** 41 **UHR Present:** ☐ Yes ☐ No **MAR Present:** ☐ Yes ☐ No

| Temp: 98° | Pulse: 65 | BP: 115/69 | RR: 16 | Ht: | Wt: 185# | BMI: 99%.R.A. |
|---|---|---|---|---|---|---|

**Chief Complaint:** Allergies: ☐ NKA Signature/Title:

**SUBJECTIVE:** 41 years old for CC2 appeal.
C/O LBP for many years.
P/C can walk around the track
no limitation in movement
I/M was D/C from gabapentin and Tramadol

| OBJECTIVE: | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | WNL* | ABN | | STUDY RESULTS: |
|---|---|---|---|---|---|---|---|---|
| 1. General | ☑ | ☐ | | 7. Musculoskeletal | ☑ | ☐ | Full ROM | |
| 2. HEENT/Neck | ☑ | ☐ | | 8. Skin/Ext. | ☐ | ☐ | | |
| 3. Cardio | ☑ | ☐ | | 9. Neurological | ☐ | ☐ | No limitation | |
| 4. Pulmonary | ☑ | ☐ | | 10. Psychiatric | ☐ | ☐ | | |
| 5. Abdomen | ☑ | ☐ | | 11. Rectal/Prostate | ☐ | ☐ | | |
| 6. Genito-Urinary | ☑ | ☐ | | 12. Breast/Pelvic | ☐ | ☐ | | |

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

Ass - LBP - DDD

Plan - X-ray of L/S spine
- Continue c Naprosyn 500mg.
no indication for gabapentin or Tramadol

**PATIENT EDUCATION:** ☑ Patient able to verbalize understanding of A/P ☐ Meds ☐ Lab/Study Results ☑ Diet ☐ Exercise ☐ Wt. Mgmt. ☐ Smoking

CC2 denies

**Self Management Goal(s):**

**Next Visit:** 60 **Days**

Primary Care Provider (Print Name/Title):

Primary Care Provider Signature: [signature]

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

K63350
NUNEZ,JOEL
06/28/1969
C4-223U

A87

Confidential Printed 2016.07.19 12:57:55 -07'00'

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PRIMARY CARE PROVIDER PROGRESS NOTE**
CDCR 7230-M (08/09)

DATE: 9/17/10 TIME: AGE: 41 UHR Present: ☒ Yes ☐ No MAR Present: ☒ Yes ☐ No

| Temp: 97.4 | Pulse: 74 | BP: 135/77 | RR: 16 | Ht: 5'7" | Wt: 185.4 | BMI: 106% [illegible] |
|---|---|---|---|---|---|---|

Chief Complaint: Allergies: ☒ NKA Signature/Title:

SUBJECTIVE: F/u 7362 LBP - recent Tramadol Bid - on Naproxen but still has pain [illegible] and on Hx cocci - feels better has gained back his wt

| OBJECTIVE: | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | WNL* | ABN | | STUDY RESULTS: |
|---|---|---|---|---|---|---|---|---|---|
| 1. General | ☐ | ☐ | healthy | 7. | Musculoskeletal | ☐ | ☐ | ROM WNL | |
| 2. HEENT/Neck | ☒ | ☐ | | 8. | Skin/Ext. | ☒ | ☐ | w/D tan | |
| 3. Cardio | ☒ | ☐ | S1S2 RRR | 9. | Neurological | ☒ | ☐ | A.Ox3 | |
| 4. Pulmonary | ☒ | ☐ | CTA | 10. | Psychiatric | ☐ | ☐ | | |
| 5. Abdomen | ☐ | ☐ | SNT | 11. | Rectal/Prostate | ☐ | ☐ | | |
| 6. Genito-Urinary | ☐ | ☐ | [illegible] | 12. | Breast/Pelvic | ☐ | ☐ | | |

gait steady movements free. ø guarding [illegible] position change good energy.

ASSESSMENT/PLAN: For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

① cocci (8/10 Neg [illegible] - [illegible] titer ø symptoms

② [illegible] Risk - Hx [illegible] HAV ABD [illegible] B-C - CBC, CMP, lipids F/u [illegible] results

③ Chr. Lumbar [illegible] OA - Stretch, walk. T [illegible]

PATIENT EDUCATION: ☒ Patient able to verbalize understanding of A/P ☒ Meds ☒ Lab/Study Results ☒ Diet ☒ Exercise ☒ Wt. Mgmt. ☒ Smoking

Self Management Goal(s): health maintance

Next Visit: ________ Days
Primary Care Provider (Print Name/Title):
Primary Care Provider Signature: [signature]

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing
K63350
NUNEZ, JOEL
6/28/1969

A88

Confidential Printed 2016.07.19 12:57:55 -07'00'



STATE OF CALIFORNIA
**PRIMARY CARE PROVIDER PROGRESS NOTE**
CDCR 7230-M (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

**DATE:** 8/9/10 **TIME:** **AGE:** 41 **UHR Present:** ☐ Yes ☐ No **MAR Present:** ☐ Yes ☐ No

| Temp: 97.8 | Pulse: 75 | BP: 108/64 | RR: 16 | Ht: | Wt: 184 | BMI: 100 2.14 |
|---|---|---|---|---|---|---|

**Chief Complaint:** Allergies: ☒ NKA Signature/Title:

**SUBJECTIVE:** RT KNEE PAIN
– Patient entered the clinic freely ambulator c/o pain (R) knee medial aspect. He stated that the knee was intermittently swollen. Exam showed no synovial fluid; no evidence of [illegible]. Full ROM. Negative McMurray. There was no crepitance.

BACK PAIN: Pain was alleged to be present in the area immediately above the iliac crests bilaterally. He had full ROM. SLR was negative recumbent and sitting; he had negative simulation tests (i.e. there were no non-organic signs of pain). Nevertheless he moved freely and showed great suppleness.

| **OBJECTIVE:** | | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | WNL* | ABN | | STUDY RESULTS:↓ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | General | ☐ | ☐ | | 7. | Musculoskeletal | ☐ | ☐ | | |
| 2. | HEENT/Neck | ☐ | ☐ | | 8. | Skin/Ext. | ☐ | ☐ | | |
| 3. | Cardio | ☐ | ☐ | | 9. | Neurological | ☐ | ☐ | | |
| 4. | Pulmonary | ☐ | ☐ | | 10. | Psychiatric | ☐ | ☐ | | |
| 5. | Abdomen | ☐ | ☐ | | 11. | Rectal/Prostate | ☐ | ☐ | | |
| 6. | Genito-Urinary | ☐ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | | |

He was neurologically intact. He appeared quite relaxed. Films of the back showed minimal degenerative changes)

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

1. BACK PAIN: The symptoms were disproportionate to the demonstrated disease
Plan: DISCONTINUE TRAMADOL

2. Rt knee pain: no evidence of a significant problem.

**PATIENT EDUCATION:** ☐ Patient able to verbalize understanding of A/P ☐ Meds ☐ Lab/Study Results ☐ Diet ☐ Exercise ☐ Wt. Mgmt. ☐ Smoking

**Self Management Goal(s):**

**Next Visit:** ~~[illegible]~~ Days PRN

Primary Care Provider (Print Name/Title): JOHN CHOKATOS, M.D. MEDICINE

Primary Care Provider Signature: John Chokatos MD 08/09/2010

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing
K63350
Nunez, Joel
C4-223U
DOB 6/28/1969

A89

Confidential Printed 2016.07.19 12:57:55 -07'00'

| DATE | TIME | |
|---|---|---|
| 7/23/10 | | med. Note QUITR |
| | | RN Ref. RN States pt. c̄ swollen (L) toncil |
| | | & has difficulty swallowing. |
| | | IM c/o sore throat x 10d, improving. |
| | | ∅ dysphagia |
| | | Orophy ? mild erythema (B) palatal arches |
| | | ∅ toncilar ↑ |
| | | Pharyngitis |
| | | - cepacol throat lozenges PRN |
| | | - wanted tramadol refills, f/u MDL |
| | | as scheduled |
| | | R. TAHERPOUR, MD |
| | | JUL 23 2010 |
| 09/07/2010 | | Patient seen for response to [illegible] 602 which was filed |
| | | regarding cessation of tramadol. No narcotics were |
| | | given. The basis for refusal was reiterated: these are |
| | | harmful [illegible] drugs not given unless pain is severe, functionally |
| | | significant and [illegible] objectively confirmed or correlated |
| | | with physical or observational findings. [signature] |

INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

JOHN CHOKATOS, M.D.
MEDICINE

K-65350

Nunez, Joel

**INTERDISCIPLINARY PROGRESS NOTES**

A90

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Confidential Printed 2016.07.19 12:57:55 -07'00'

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PRIMARY CARE PROVIDER PROGRESS NOTE**
**CDCR 7230-M (08/09)**

Page 1 of 1

**DATE:** 6/14/2010 **TIME:** **AGE:** 40 **UHR Present:** ☐ Yes ☐ No **MAR Present:** ☐ Yes ☐ No

| Temp: 97.1 | Pulse: 78 | BP: 112/65 | RR: 16 | Ht: | Wt: 182 | BMI: 98 |
|---|---|---|---|---|---|---|

**Chief Complaint:** Allergies: ☑ NKA Signature/Title:

**SUBJECTIVE:** F/U for flu from TTA visit for possible valley fever. No headache, no dizziness, no coughing, no fever or chills. No night sweats. No skin rash. No bleeding.

PMH –

| **OBJECTIVE:** | | **WNL*** | **ABN** | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | **WNL*** | **ABN** | | *STUDY RESULTS:*↓ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | General | ☑ | ☐ | | 7. | Musculoskeletal | ☑ | ☑ | | |
| 2. | HEENT/Neck | ☑ | ☐ | | 8. | Skin/Ext. | ☑ | ☐ | | |
| 3. | Cardio | ☑ | ☐ | | 9. | Neurological | ☐ | ☐ | | |
| 4. | Pulmonary | ☑ | ☐ | | 10. | Psychiatric | ☐ | ☐ | | |
| 5. | Abdomen | ☑ | ☐ | | 11. | Rectal/Prostate | ☐ | ☐ | | |
| 6. | Genito-Urinary | ☑ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | | |

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

ASS – Back pain
– Valley fever – awaiting serology results.

Plan. Continue c meds
– Naprosyn 500 mg ? BOX bedding.
– ↑ hydration

**PATIENT EDUCATION:** ☑ Patient able to verbalize understanding of A/P ☐ Meds ☑ Lab/Study Results ☑ Diet ☑ Exercise ☐ Wt. Mgmt. ☐ Smoking

– Avoid heavy lifting.

**Self Management Goal(s):**

**Next Visit:** 60 **Days**

Primary Care Provider (Print Name/Title):

Primary Care Provider Signature: [signature] PA-C

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

K63350
Nunez, Joel
C4-223

181

Confidential Printed 2016.07.19 12:57:55 -07'00'

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PRIMARY CARE PROVIDER PROGRESS NOTE**
**CDCR 7230-M (08/09)**

**DATE:** 6/18/2010 **TIME:** **AGE:** 40 **UHR Present:** ☐ Yes ☐ No **MAR Present:** ☐ Yes ☐ No

| Temp: 98' | Pulse: 74 | BP: 104/56 | RR: 16 | Ht: | Wt: 184 | BMI: 98% RA O2 SAT |
|---|---|---|---|---|---|---|

**Chief Complaint:** Allergies: ☐ NKA Signature/Title:

**SUBJECTIVE:**

Cocci: 2/2009 → 09/2009 on Fluconazole for cocci which presented joint pain, diffuse hand, elbows, knees, shoulders, low back especially; chills and fever. After Rx gained wt (60lb) appetite
1 month ago he developed cold sweats lost 4-5 lb
arthralgias. No fever, but chills (he thinks it was the delay in tramadol)
asses: Doubt recurrence
Plan: await cocci serology / no change in meds.
LOW BACK PAIN chronic Plain films showed "minimal DJD"
Physical exam: Full ROM, axial loading neg

| OBJECTIVE: | | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | WNL* | ABN | | STUDY RESULTS:↓ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | General | ☑ | ☐ | | 7. | Musculoskeletal | ☑ | ☐ | | |
| 2. | HEENT/Neck | ☑ | ☐ | | 8. | Skin/Ext. | ☑ | ☐ | | |
| 3. | Cardio | ☑ | ☐ | | 9. | Neurological | ☑ | ☐ | | |
| 4. | Pulmonary | ☑ | ☐ | | 10. | Psychiatric | ☑ | ☐ | | |
| 5. | Abdomen | ☑ | ☐ | | 11. | Rectal/Prostate | ☐ | ☐ | | |
| 6. | Genito-Urinary | ☑ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | | |

Patrick's test (-), DTR physiologic, SLR (-), No excessive or histrionic behavior

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

ass: non organic pain ā excessive dissimulation
Plan: continue same meds.

Cocci serology ordered

**PATIENT EDUCATION:** ☐ Patient able to verbalize understanding of A/P ☐ Meds ☐ Lab/Study Results ☐ Diet ☐ Exercise ☐ Wt. Mgmt. ☐ Smoking

**Self Management Goal(s):**

**Next Visit:** 60 **Days**

Primary Care Provider (Print Name/Title): John Chokatos MD

Primary Care Provider Signature:

JOHN CHOKATOS, M.D.
MEDICINE

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

Nunez, Joel
K63350
6/28/1969

A92

Confidential Printed 2016.07.19 12:57:55 -07'00'

STATE OF CALIFORNIA
**PRIMARY CARE PROVIDER PROGRESS NOTE**
CDCR 7230-M (08/09)

TTA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

**DATE:** 6/1/10 **TIME:** 1455 **AGE:** 40 **UHR Present:** ☐ Yes ☐ No **MAR Present:** ☐ Yes ☐ No

| Temp: | Pulse: | BP: | RR: | Ht: | Wt: | BMI: |
|---|---|---|---|---|---|---|
| 99.4 | 72 | 137/76 | 18 | 5'8 | 185 | |

**Chief Complaint:** cold sweats 99% Allergies: ☐ NKA Signature/Title:

**SUBJECTIVE:** Dx of ⊕ cocci, Ⓑ elbow pain, occasional night sweats, no fever or CP, no recent wt loss no HA, no chills. ran out of Tramadol since 5/18 was renewed today by yard PCP per I/M.

pmH
cocci 2008
CLBP

| OBJECTIVE: | | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | WNL* | ABN | | STUDY RESULTS:↓ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | General | ☑ | ☐ | healthy, hydrated | 7. | Musculoskeletal | ☑ | ☐ | C-spine [illegible] joint tenderness, ∅ swelling or deformities | |
| 2. | HEENT/Neck | ☑ | ☐ | supple, ∅ JVD | 8. | Skin/Ext. | ☑ | ☐ | | |
| 3. | Cardio | ☑ | ☐ | RRR | 9. | Neurological | ☑ | ☐ | MAEW | |
| 4. | Pulmonary | ☑ | ☐ | CTAB | 10. | Psychiatric | ☑ | ☐ | | |
| 5. | Abdomen | ☑ | ☐ | soft, NT | 11. | Rectal/Prostate | ☐ | ☐ | | |
| 6. | Genito-Urinary | ☐ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | | |

40 yo. No acute distress, requesting ↑ in tramadol speaks in full sentences.

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

Cocci – will send lab for cocci serology
CLBP: continue with Tramadol as ordered,
- drink plenty of water
- MD line on yard with xray results
- I/M does not want to take any Diflunisal for now until results come back.

**PATIENT EDUCATION:** ☑ Patient able to verbalize understanding of A/P ☒ Meds ☐ Lab/Study Results ☐ Diet ☐ Exercise ☐ Wt. Mgmt. ☐ Smoking

**Self Management Goal(s):**

**Next Visit:** 3 Days c̄ xray results

Primary Care Provider (Print Name/Title): A Manasan MD

Primary Care Provider Signature:

C4-224

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

Nunez Joel
K63356

A93

Confidential Printed 2016.07.19 12:57:55 -07'00'

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PRIMARY CARE PROVIDER PROGRESS NOTE**
CDCR 7230-M (08/09)

**DATE:** 2/10/2010 **TIME:** **AGE:** 40 **UHR Present:** ☒ Yes ☐ No **MAR Present:** ☐ Yes ☐ No

| Temp: | Pulse: | BP: | RR: | Ht: | Wt: | BMI: |
|---|---|---|---|---|---|---|
| 97.4 | 62 | 130/83 | 16 | | 185# | 99% O2 sat RA |

**Chief Complaint:** f/u wt loss / cocci   Allergies: ☐ NKA   Signature/Title:

**SUBJECTIVE:**
Pt denies cough / CP / SOB / rash / wt loss.
⊕ chronic low back + shoulder pain. T#3, Tylenol,
NSAIDS cause stomach pain.

| OBJECTIVE: | | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | WNL* | ABN | | STUDY RESULTS: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | General | ☒ | ☐ | | 7. | Musculoskeletal | ☒ | ☐ | | |
| 2. | HEENT/Neck | ☒ | ☐ | | 8. | Skin/Ext. | ☒ | ☐ | | |
| 3. | Cardio | ☒ | ☐ | | 9. | Neurological | ☐ | ☐ | | |
| 4. | Pulmonary | ☒ | ☐ | | 10. | Psychiatric | ☐ | ☐ | | |
| 5. | Abdomen | ☐ | ☐ | | 11. | Rectal/Prostate | ☐ | ☐ | | |
| 6. | Genito-Urinary | ☐ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | | |

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

① Chronic diffuse arthralgias / OA from overuse —
Tramadol PRN
100 BID
② h/o cocci PNA — Resolved. No meds. Cont CF Ø.
Pt reassured / counseled.
③ 40 yo health maint — Pt requests EKG.

**PATIENT EDUCATION:** ☒ Patient able to verbalize understanding of A/P ☒ Meds ☒ Lab/Study Results ☒ Diet ☒ Exercise ☐ Wt. Mgmt. ☐ Smoking

**Self Management Goal(s):**
**Next Visit:** PRN Days

Primary Care Provider (Print Name/Title): J. Ortiz-Singh, M.D.

Primary Care Provider Signature: [signature]

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing
Nunez, Joel
K63350 DOB 6/28/1969
C1 241

A94

Confidential Printed 2016.07.19 12:57:55 -07'00'



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

Correctional Training Facility

Name: JOEL NUNEZ
DOB: 06/28/1969
Exam Name: XR LUMBAR SPINE-2 VWS | 72100
Primary Care Provider: G. Kalisher, MD - CTF|
Ordering Provider: G. Kalisher, MD

Patient ID: 11808353
Secondary ID: K63350

Exam Date: 05/04/2016 08:49 AM

EXAMINATION: Lumbar spine 2 views.

CLINICAL HISTORY: Pain

COMPARISON: 2/3/2016.

FINDINGS: Mild degenerative changes are present within the lower thoracic spine and at the L3-for L4-5 levels. No acute fracture or subluxation is seen.

IMPRESSION:
1. Mild degenerative changes of the lower thoracic and lumbar spine.

**Report Electronically Signed by:** D Goller MD
**Report Electronically Signed on:** 05/04/2016 10:54 AM

RECEIVED
MAY 06 2016
MEDICAL RECORDS
CTF

P. Lam
M.D.
CTF Soledad
A88219

A95

 CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

Correctional Training Facility

**Name:** JOEL NUNEZ
**DOB:** 06/28/1969
**Exam Name:** XR FINGER LEFT-3 VWS | 73140
**Referring Physician:** T. Friederichs, MD

**Patient ID:** 11808353
**Secondary ID:** K63350
**Exam Date:** 04/12/2016 12:16 PM

CLINICAL INDICATION: R/O OSTEOMYELITIS OF STUMP
COMPARISON: February 3, 2016.
TECHNIQUE: 3 views of the left fourth finger.

RECEIVED
APR 15 2016
MEDICAL RECORDS

FINDINGS:

Soft tissue swelling affects the distal aspect of the fourth finger.

No underlying fracture or bony erosion.

No x-ray evidence for osteomyelitis.

IMPRESSION:

Soft tissue swelling.

**Report Electronically Signed by:** R Waters MD
**Report Electronically Signed on:** 04/12/2016 01:59 PM

A94

Confidential Printed 2016.06.29 14:43:00 -07'00'

(C)

**RADIOLOGY**

**Signed XR HAND LEFT 3 VIEWS 01/28/16**

**Ordering Physician: REGINA T LAICO MD**
**CC: NO PCP**
The CT dose for this exam is: CTDIVOL DLP

Copies to: Computerized Management Services

DATE OF EXAM: 01/28/16

PROCEDURE: XR HAND LEFT 3 VIEWS

CLINICAL DATA: trauma.

COMPARISON: No previous.

TECHNIQUE: 3 View

RECEIVED
FEB 01 2016
MEDICAL RECORDS

FINDINGS:
Absent fourth distal phalanx with a residual 2 mm osseous density distal to the fourth middle phalanx. Absent soft tissues surrounding the distal fourth middle phalanx with proximal soft tissue swelling. Tiny marginal osteophytes at the bases of the first metacarpal and distal phalanx. Marginal spurring at the distal third middle phalanx. Normal bone mineralization.

IMPRESSION:
Amputation injury of the fourth distal phalanx.

Electronically signed by: Misa Hosohama, MD 1/29/2016 9:43 AM

T. Friedrichs, MD
FEB 01 2016

RECEIVED
JAN 29 2016
MEDICAL RECORDS

K63350

**Natividad Medical Center**
Diagnostic Imaging Services
1441 Constitution Blvd.
Salinas CA 93912
(831) 755-4369

**Patient Name: JOEL C NUNEZ**
Age/Gender: 46
H.D.MRN:
Location: EDD
Accession #: 1259532.001

Date of Birth: 06/28/1969
Acct: V715354346
MRN: **M000740047**
Ref. Loc: CTF

A97

Confidential Printed 2016.06.29 14:42:48 -0700



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

Correctional Training Facility

**Name:** JOEL NUNEZ
**DOB:** 06/28/1969
**Exam Name:** XR KNEE RIGHT-2 VWS | 73560-RT
**Referring Physician:** P. Lam, MD

**Patient ID:** 11808353
**Secondary ID:** K63350
**Exam Date:** 03/25/2014 12:07 PM

EXAMINATION: Right knee 2 views.

CLINICAL HISTORY: Pain.

COMPARISON: None.

FINDINGS: The osseous structures appear intact. No acute fracture or dislocation is seen. The joint spaces are well-preserved. The visualized soft tissues are unremarkable.

IMPRESSION:

1. No acute osseous abnormality identified.

**Report Electronically Signed by:** D Goller MD
**Report Electronically Signed on:** 03/25/2014 03:40 PM

Reviewed by:

MAR 27 2014

T. Friederichs, M.D.

RECEIVED
MAR 27 2014
By ______________

RECEIV
MAR 26 2014
BY

198

Confidential Printed 2016.06.29 14:42:16 -07'00'

Salinas Valley Radiologists, Inc.
559 Abbott Street
Salinas, California 93901
SVR Main Line: (831) 775-5200

James A. Kowalski, MD
Donald A. Catalano, MD
Giles A. Duesdieker, MD
Michael E. Basse, MD
David A. Staunton, MD
Gary E. Falkoff, MD
Richard A. Villalobos, MD

B. Misa Hosohama, MD
F. Scott Pereles, MD
Temoor Anwar, MD
Amy Lantis Stemerman, MD
Richard W. Rupp, MD
Jennifer C. Lin, MD

PATIENT NAME: **JOEL NUNEZ**

| ACCOUNT NO | ACCESSION NO | DATE OF BIRTH | AGE / SEX | DATE OF SERVICE | OUTSIDE NO |
|---|---|---|---|---|---|
| **M200033698** | **1000255194** | **06/28/1969** | **41 / M** | **01/13/2011** | **K63350** |

AT THE REQUEST OF
**TIMOTHY FRIEDERICHS, MD**
**PO BOX 686**
**SOLEDAD,CA 93960-0000**

LOCATION
**SALINAS VALLEY RADIOLOGISTS - CTF XR**

GRP XR KNEE (ONE OR TWO VIEWS) RT

**HISTORY:** Chronic pain.

**FINDINGS:** Mineralization is normal. No fracture or other osseous pathology is seen. The soft tissues are maintained.

**CONCLUSION:**
Negative right knee.

Reviewed by: [signature]
JAN 24 2011
T. Friederichs, M.D.

Thank you for referring your patient to us,

Richard A. Villalobos, MD 01/17/2011 4:52PM VP 01/17/2011 8:09 PM

Electronically signed by Richard A. Villalobos, MD 1/18/2011 08:36:07

RECEIVED
JAN 26 2011
By______

(THIS INFORMATION IS RELEASED FOR YOUR PROFESSIONAL USE AND IS PRIVILEGED. DO NOT DUPLICATE WITHOUT THE EXPRESSED PERMISSION OF THE PATIENT. IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE CONTACT OUR FACILITY.)

Confidential Printed 2016.07.19 12:41:42 -07'00'